AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Brian Edward CHAMPION<br>DOB: 1977, Citizenship: USA<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) Case No. 7:18mj2330 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 8, 2018** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 60 Grams of Fentanyl a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved by [signature]

Sworn to before me and signed in my presence.

Date: 11/09/2018 — 8:25 a.m.

City and state: McAllen, Texas

[signature]
*Complainant's signature*

Lori L. Pendergrass, HSI SA
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge Juan F. Alanis
*Printed name and title*

Attachment "A"

On November 8, 2018, Customs and Border Protection (CBP), were conducting operations at the Progreso Port of Entry (POE) when they encountered Brian James CHAMPION (DOB: 08-27-1977) attempting to enter the United States via the pedestrian lanes. During the inspection, CBP Officers received a declaration from CHAMPION claiming two bottles of prescription Xanax medication as well as one box of Sildenafil, commonly known as Viagra. CHAMPION was referred to secondary for an intensive examination. During the secondary inspection, CBP Officers discovered six glass vials labeled as Fentanilo (Fentanyl, a Schedule II controlled substance) inside the Sildenafil box.

Homeland Security Investigations (HSI), Special Agents (SA) responded to the Progreso, POE to interview CHAMPION. CHAMPION was read his Miranda Rights, in English, and subsequently waived his rights, both orally and in writing.

CHAMPION freely stated that the purpose of his trip to Mexico was to pick up Fentanyl from a pharmacy located in Progreso. CHAMPION stated post Miranda that he knew the Fentanyl was concealed inside the Sildenafil box to prevent detection by CBP Officers. CHAMPION further stated that he knew that it was illegal to bring the Fentanyl into the United States.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
SCANNED

NOV 1 4 2018